198 So. 881

**James STONE v. STATE.**

**6 Div. 572.**

Court of Appeals of Alabama.
Oct. 29, 1940.

SIMPSON, Judge.
Affirmed.

195 So. 912

**Len STRICKLAND v. STATE.**

**4 Div. 591.**

Court of Appeals of Alabama.

April 9, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

199 So. 917

**Romie STRICKLAND v. STATE.**

**8 Div. 26.**

Court of Appeals of Alabama.

Nov. 12, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

196 So. 906

**Clifton (alias Shorty) STUBBS v. STATE.**

**8 Div. 944.**

Court of Appeals of Alabama.
May 21, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

192 So. 923

**Dolley SUIT v. STATE.**

**8 Div. 924.**

Court of Appeals of Alabama.
Dec. 19, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

190 So. 925

**Charley (alias Charles) SUMMERS v. STATE.**

**8 Div. 848.**

Court of Appeals of Alabama.
June 13, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.